IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE GRIMES, #186427, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:10cv521-TMH |
| | )               (WO) |
| LOUIS BOYD, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**OPINION and ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on July 30, 2012, (doc. # 38), that this case be dismissed.  After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.  Accordingly, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. Defendants' motions for summary judgment (docs. # 20 & 24) be and are hereby GRANTED.

3. This case be and is hereby DISMISSED with prejudice.

4. That this matter be and is hereby DISMISSED.

5. Costs of this proceeding be and are hereby TAXED against the plaintiff for which execution may issue.

An appropriate judgment will be entered.

Done this the 30th day of August 2012.

                        /s/ Truman M. Hobbs
                      TRUMAN M. HOBBS
                      SENIOR UNITED STATES DISTRICT JUDGE